(March 15, 1940.)

In the Matter of Louis Simon, as Treasurer of the Laundry Workers Joint Board of Greater New York, Amalgamated Clothing Workers of America, a Voluntary Unincorporated Association, Respondent, against The Stag Laundry, Inc., Appellant.— Order entered October 3rd, 1939, and order entered October 24th, 1939, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See, also, ante, p. 106.]

Martin Flanter, Respondent, v. City of New York, Appellant, Impleaded with Another, Defendant.— Judgment, so far as appealed from, unanimously reversed, with costs, and the complaint dismissed as to defendant City of New York, with costs, upon the ground that as to it there was a complete failure of proof of any negligence. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Nathan Stern, Also Known as Nathan Steinbrook, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the defendant was not proved guilty beyond a reasonable doubt. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. John Virga, Appellant, Impleaded with Others, Defendants.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Mary Burns, as Administratrix, etc., of John J. Burns, Deceased, Respondent, v. The Ninety-fifth Street & Lexington Avenue Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and dismiss the complaint on the ground that no actionable negligence was shown.

Daniel Petruzzi, as Administrator, etc., of Michael R. Solon, Deceased, and Others, Respondents, v. Lehigh Valley Railroad Company, Appellant.— On the facts disclosed the court, in the exercise of sound discretion, should refuse to assume jurisdiction. Order entered February 28, 1939, so far as appealed from, the resettled order entered April 29, 1939, and the order entered on or about April 12, 1939, unanimously reversed, with twenty dollars costs and disbursements to the appellant, the motion of plaintiff Daniel Petruzzi, as administrator, etc., to compel acceptance of an amended summons and complaint or to add Frank Solon and Dana Solon as plaintiffs denied, and defendant's motion to dismiss the amended complaint granted. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Elai Girshowitz, Petitioner, for an Order against Henry E. Bruckman, Chairman, and Others, Members of and Constituting the New York State Liquor Authority, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Gloria Bar & Grill, Inc., Petitioner, against Henry E. Bruckman and Others, Constituting the State Liquor Authority of the State of